DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAAD BAHNAJ, UNITED STATES SMALL )<br>BUSINESS ADMINISTRATION )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil No. 2015−76 |
| UNITED STATES SMALL BUSINESS )<br>ADMINISTRATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAAD BAHNAJ )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil No. 2015−76 |

**ATTORNEYS:**

**Lisa Michelle Komives**
Dudley Topper & Feuerzeig
St. Thomas, USVI
    *For Banco Popular de Puerto Rico,*

**Joycelyn Hewlett, AUSA**
United States Attorney's Office
St. Thomas, USVI
    *For the United States Small Business Administration,*

**Raad Bahnaj**
    *Pro Se Defendant.*

**ORDER**

**GÓMEZ, J.**

Before the Court is the proposed Consent Judgment between the plaintiff, Banco Popular de Puerto Rico ("Banco Popular"), and the defendants, Raad Bahnaj ("Bahnaj") and the United States of America, Department of Justice.

The premises considered, it is hereby

**ORDERED** that the Consent Judgment, docketed at ECF No 13-1, is **APPROVED** provided that:

1. the judgment awarded to Banco popular shall be reduced by the total amount of attorney's fees and costs sought: $22,761.68. Any award of reasonable attorney's fees and costs may only be made upon proper application to the Court, consistent with Title 5, section 541 of the Virgin Islands Code;

2. the interest awarded to Banco Popular shall be reduced proportionately to reflect the exclusion of attorney's fees and costs from the judgment;

3. notice of the Marshal's sale shall be published once a week for at least four (4) consecutive weeks prior to the sale in a newspaper regularly issued and of general circulation in the U.S. Virgin Islands, which uses newsprint; and

*Banco Popular de Puerto Rico v. Bellamy et al.*
Civil No. 20015-76
Order
Page 3

    4. in accordance with Title 5, section 489 of the Virgin Islands Code, "[i]f, after the satisfaction of the judgment, there are any proceeds of the sale remaining, the clerk shall pay such proceeds to the judgment debtor . . . ." *Id.*; and it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

                    S\_____
                        **CURTIS V. GÓMEZ**
                        **District Judge**